IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONALD RAY WILLIAMS,                       No C-10-2566 VRW (PR)

        Plaintiff,

    v                                    ORDER OF DISMISSAL

JOHN DOE,

        Defendant(s).
_____/

On June 10, 2010, plaintiff, a prisoner presently incarcerated at Pelican Bay State Prison and frequent litigant in both state and federal court, filed a letter with the court. Doc #1. The court clerk notified plaintiff in writing at that time that because he neither filed a formal civil rights complaint under 42 USC § 1983 using the court-approved form nor did he pay the requisite $ 350.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in his prison account and a copy of his prison trust account statement for the last six months obtained from the appropriate prison official, the action was deficient. See

1  28 USC § 1915(a)(2).  Plaintiff was advised that failure to file the
2  requested items within thirty (30) days would result in dismissal of
3  the action.  Doc ## 2 & 3.
4        Over forty days have elapsed since plaintiff was notified
5  of his filing deficiencies; however, he has neither provided the
6  court with the requisite items nor filed a request for an extension
7  of time to do so.  The action, therefore, is DISMISSED without
8  prejudice.
9        The clerk is directed to terminate all pending motions as
10 moot and close the file.

12        IT IS SO ORDERED.

                                    _____
                                    **VAUGHN R WALKER**
                                    **United States District Chief Judge**

26 G:\PRO-SE\VRW\CR.10\Williams-10-2566-no complaint-no ifp-dismissal.wpd

**2**